UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-cr-00180-JSW-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO GOVERNMENT TO SHOW CAUSE** |
| GERALD KNAPP JR., | Re: Dkt. No. |
| Defendant. | |

Defendant has filed a motion for early termination of probation. The Court set a briefing schedule, and pursuant to that briefing schedule the Government's opposition, if any, would have been due by May 27, 2021. The Court did not receive an opposition from the Government. The docket shows that no counsel has appeared for the Government. Accordingly, the Court ORDERS this Order to be served on Hallie Hoffman, Chief of the Criminal Division. The Government is ORDERED TO SHOW CAUSE why the motion should not be granted by no later than June 10, 2021, and it shall explain its failure to respond in a timely fashion.

Defendant may file a response by June 17, 2021.

**IT IS SO ORDERED.**

Dated: June 4, 2021

JEFFREY S. WHITE
United States District Judge

cc: Hallie Hoffman, Chief of the Criminal Division (via email)